## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Denise M. Wheeler and John E. Wheeler | CHAPTER 13
      Debtor(s)

BKY. NO. 13-15875 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificategholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0970

                                       Respectfully submitted,

                                       **/s/Thomas Puleo, Esquire**
                                       Thomas Puleo, Esquire
                                       Brian C. Nicholas, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 825-6306  FAX (215) 825-6406