IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Denise M. Wheeler | : | No.  13-15875-JKF |
| Debtor | | |

O  R  D  E  R

AND NOW, this         day of                  , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: August 27, 2018**            _____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Interim Trustee

David M. Offen, Esquire

Denise M. Wheeler

PAYROLL CONTROLLER
Blue Bell Dental
1115 Delkalb Pike
Blue Bell, PA 19422