United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 13-15875-jkf
Denise M. Wheeler                                                           Chapter 13
John E. Wheeler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi                 Page 1 of 1                 Date Rcvd: Aug 27, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db/jdb         +Denise M. Wheeler,    John E. Wheeler,    7020 Matthias Street,    Philadelphia, PA 19128-3212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
             ##+Blue Bell Dental,    Payroll Controller,    1115 Delkalb Pike,    Blue Bell, PA 19422-1813
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
              DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Debtor Denise M. Wheeler dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Joint Debtor John E. Wheeler dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
               asTrustee forthecertificateholders ofthe  CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Denise M. Wheeler | : | No. 13-15875-JKF |
| Debtor | | |

O R D E R

AND NOW, this          day of                , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: August 27, 2018**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Interim Trustee

David M. Offen, Esquire

Denise M. Wheeler

PAYROLL CONTROLLER
Blue Bell Dental
1115 Delkalb Pike
Blue Bell, PA 19422