United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Denise M. Wheeler
John E. Wheeler
    Debtors

Case No. 13-15875-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Aug 31, 2018
     Form ID: pdf900      Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
        ##+Blue Bell Dental,    Payroll Controller,    1115 Dekalb Pike,    Blue Bell, PA 19422-1813
                                                     TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
        DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
        Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
        CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- bkecf@milsteadlaw.com,
        dlipow@milsteadlaw.com
        DAVID M. OFFEN    on behalf of Debtor Denise M. Wheeler dmo160west@gmail.com,
        davidoffenecf@gmail.com
        DAVID M. OFFEN    on behalf of Joint Debtor John E. Wheeler dmo160west@gmail.com,
        davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
        asTrustee forthecertificateholders ofthe    CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12
        bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
        Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
        CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                       TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE                    :        CHAPTER 13
                         :
Denise M. Wheeler        :        No.  13-15875-JKF
       Debtor


O   R   D   E   R


AND NOW, this         day of              , 2018, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.


**Date: August 27, 2018**        _____
                                 HONORABLE JEAN K. FITZSIMON
                                 UNITED STATES BANKRUPTCY JUDGE



cc:

William C. Miller, Esq., Interim Trustee

David M. Offen, Esquire

Denise M. Wheeler

PAYROLL CONTROLLER
Blue Bell Dental
1115 Delkalb Pike
Blue Bell, PA 19422