Certificate Number: 12433-PAE-DE-031520678

Bankruptcy Case Number: 13-15875



12433-PAE-DE-031520678

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2018, at 1:46 o'clock PM EDT, Denise M. Wheeler completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 24, 2018           By: /s/Candace Jones

                                Name: Candace Jones

                                Title: Counselor