IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Denise Wheeler | : | |
| John Wheeler | : | No. 13-15875-JKF |
| Debtors | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Allow Entry of Financial Management Course Certificates was served on March 12, 2019, on the Chapter 13 Standing Trustee, Scott F. Waterman, Esq., by electronic mail, the Debtor by first class mail, and upon all creditors by first class mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: 3/12/19