IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Denise Wheeler :
John Wheeler : No. 13-15875-JKF
Debtors :

O R D E R

AND NOW, this  10th  day of  April  ,2019, upon consideration of the Motion to Allow Entry of Financial Management Course Certificate, it is hereby ORDERED that the Debtors Chapter 13 Case ~~is administratively re-opened and~~ may proceed to discharge.

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

CC:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esq.

Denise and John Wheeler