United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-15875-jkf
Denise M. Wheeler                                                   Chapter 13
John E. Wheeler
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Apr 10, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db/jdb         #+Denise M. Wheeler,   John E. Wheeler,   7020 Matthias Street,   Philadelphia, PA 19128-3212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
              DAVID H. LIPOW    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Debtor Denise M. Wheeler dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor John E. Wheeler dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    TheBankofNewYork MellonFKATheBankof NewYork,
               asTrustee forthecertificateholders ofthe   CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-12
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Specialized Loan Servicing, Inc. as servicer for The
               Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the
               CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006- tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
   Denise Wheeler              :
   John Wheeler                :    No. 13-15875-JKF
      Debtors                 :

O R D E R

AND NOW, this 10th day of April, 2019, upon consideration of the Motion to Allow Entry of Financial Management Course Certificate, it is hereby ORDERED that the Debtors Chapter 13 Case ~~is administratively re-opened and~~ may proceed to discharge.

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

CC:

Scott F. Waterman, Esq., Trustee

David M. Offen, Esq.

Denise and John Wheeler