IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| IN RE: | DENISE M WHEELER | : | Chapter: | 13 |
| | JOHN E WHEELER | : | | |
| | | : | | |
| | | : | | |
| | | : | CASE NO: | 13-15875 |
| | | : | | |

## NOTICE OF ADDRESS CHANGE

Toyota Motor Credit Corporation hereby changes its address for its claim number 1, account number ending in 4714 filed in this case. Any other addresses for notices or other claims should not be affected by this change and should remain the same.

Previous Address:

    Toyota Motor Credit Corporation
    PO Box 8026
    Cedar Rapids, IA 52408-8026

New Address for Notices:

    Toyota Motor Credit Corporation
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702
    610-228-2570
    proofofclaim@becket-lee.com

New Address for Payments:

    Toyota Motor Credit Corporation
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702
    610-228-2570
    payments@becket-lee.com

Respectfully Submitted,

By: /s/ Christopher Cramer

    Christopher S Cramer, Claims Administrator
    Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702

DATE:    4/18/2019